UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN MUNCH, LARRY BUTLER, JOSEPH LEONARD, KEVIN BARNES, and VICTOR MATOS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>   Defendant. | Case No. 06-cv-7023<br><br>Judge Joan H. Lefkow |
| BRYAN SERATT, ALAN JARASHOW, DR. STEPHEN PAPALEO, LAUREN CRANE, and LAWRENCE L'HOMMEDIEU, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>   Defendant. | Case No. 07C 0412<br><br>Judge Joan H. Lefkow |

**DEFENDANT'S MOTION TO DISMISS COUNTS I–X, XII, AND XIII OF
PLAINTIFFS' CONSOLIDATED FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendant Sears, Roebuck and Co. ("Sears") moves for an order dismissing Counts I–X, XII, and XIII of Plaintiffs' Consolidated First Amended Class Action Complaint ("Amended Complaint"), for the following reasons:

   1.   Count I, which alleges a violation of the Illinois Consumer Fraud and Deceptive Business Practices Act ("Illinois Fraud Act"), fails for several reasons:

        a.        Plaintiffs Barnes, Butler, Crane, Jarashow, Leonard, L'Hommedieu, Matos, Papaleo, and Seratt do not have standing to assert claims under the Illinois Fraud Act because they are not residents of the State of Illinois, and the majority of the circumstances that relate to their claims occurred outside Illinois.

        b.        Plaintiffs fail to identify any statement by Sears that was misleading due to the omission of a material fact.

        c.        Plaintiffs fail to allege facts showing that any statement by Sears proximately caused Plaintiffs' alleged economic losses.

        d.        Plaintiffs fail to allege facts that Sears intended to induce Plaintiffs' reliance on any alleged omission.

        2.        Count II, which alleges a violation of California's Business and Professions Code section 17200, fails because Plaintiffs fail to allege that Sears engaged in an unlawful, unfair, or fraudulent business practice.

        3.        Count III, which alleges a violation of the Indiana Deceptive Consumer Sales Act ("Indiana Fraud Act"), fails because the Indiana Fraud Act applies only to oral or written representations, and Plaintiffs do not identify any oral or written statement by Sears and allege only that Sears "failed to disclose" certain facts.

        4.        Count IV, which alleges a violation of the Kentucky Consumer Fraud and Deceptive Business Practices Act ("Kentucky Fraud Act"), fails because Plaintiffs have not alleged with particularity that Sears failed to disclose a material fact, and because Plaintiffs have not alleged facts showing that Sears had knowledge of the omitted facts before Plaintiffs bought their washing machines.

        5.        Count V, which alleges a violation of the Michigan Consumer Protection Act sections 445.903(b) and (g), fails because Plaintiffs do not allege that Sears made any affirmative representations or advertisements concerning the HE washers. Plaintiffs further fail to allege that Sears made any representation, false or otherwise, concerning the "geographic origin" of their HE washers.

        6.        Count VI, which alleges a violation of the Minnesota Prevention of Consumer Fraud Act ("Minnesota Fraud Act"), fails because Plaintiffs have not alleged with particularity

that Sears failed to disclose a material fact, and because Plaintiffs have not alleged facts showing that Sears had knowledge of the omitted facts before Plaintiffs bought their washing machines.

7. Count VII, which alleges a violation of the New Jersey Consumer Fraud Act, fails because Plaintiffs do not allege with particularity that Sears knowingly omitted a material fact.

8. Count VIII, which alleges a violation of New York General Business Code section 349, fails because Plaintiffs do not allege any facts showing that Sears omitted a material fact. Further, the alleged non-disclosures are not of the actionable kind that would be likely to mislead a reasonable consumer.

9. Count IX, which alleges a violation of the Washington Consumer Protection Act, fails because Plaintiffs do not allege with particularity that Sears failed to disclose a material fact, that Sears owed Plaintiffs a duty to disclose, or that any alleged omission impacts the public interest.

10. Count X, which alleges common-law fraud by omission, fails because Plaintiffs have not sufficiently alleged that Sears had a legal duty to disclose any additional facts, or that Sears failed to disclose any material facts.

11. Count XII, which alleges unjust enrichment, fails because the Amended Complaint contains no well-pled facts that, if true, would show that Sears' conduct was wrongful. Plaintiffs' unjust enrichment claims also fail because Plaintiffs' claims are governed by an express warranty.

12. Count XIII, which seeks a declaratory judgment, fails because there is no actual controversy between Plaintiffs and Sears.

13. In support of this motion, Sears has concurrently filed a memorandum of law.

For the above reasons and those stated in the concurrently filed memorandum of law, Sears requests that the Court dismiss with prejudice Counts I–X, XII, and XIII of Plaintiffs' Amended Complaint.

**Sears requests a hearing on this motion to dismiss.**

Dated:  November 2, 2007                    Respectfully submitted,


                                            s/ Michael T. Williams
                                            Michael T. Williams

                                            Malcolm E. Wheeler
                                            Michael T. Williams
                                            Galen D. Bellamy
                                            Kara J. Rohe
                                            Wheeler Trigg Kennedy LLP
                                            1801 California Street, Suite 3600
                                            Denver, CO  80202-2617
                                            Telephone: (303) 244-1800
                                            Facsimile:  (303) 244-1879

                                            *and*

                                            Bradley B. Falkof
                                            Brad E. Rago
                                            Barnes & Thornburg LLP
                                            1 North Wacker Drive, Suite 4400
                                            Chicago, IL  60606
                                            Telephone: (312) 214-8304
                                            Facsimile:  (312) 759-5646

                                            Peter W. Herzog III
                                            Bryan Cave LLP
                                            211 North Broadway, Suite 3600
                                            St. Louis, MO  63102-2750
                                            Telephone: (314) 259-2000
                                            Facsimile:  (314) 259-2020

                                            *Attorneys for Sears, Roebuck and Co.*

4

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Tod N. Aronovitz**
  ta@aronovitzlaw.com
- **Galen D. Bellamy**
  bellamy@wtklaw.com
- **Eric C. Brunick**
  ericb@freedweiss.com
- **Richard J. Burke**
  rich@richardjburke.com,debs@richardjburke.com
- **Bradley B. Falkof**
  bfalkof@btlaw.com
- **Mark S. Fistos**
  msf@aronovitzlaw.com
- **Scott A. George**
  sgeorge@seegerweiss.com
- **Peter W. Herzog , III**
  pwherzog@bryancave.com,peggy.hoy@bryancave.com
- **Steven R. Jaffe**
  srj@aronovitzlaw.com
- **George K Lang**
  george@freedweiss.com
- **Brad Eric Rago**
  brad.rago@btlaw.com
- **Kara Jean Rohe**
  rohe@wtklaw.com
- **James J Rosemergy**
  jrosemergy@careydanis.com
- **Jonathan Shub**
  jshub@seegerweiss.com
- **Paul M. Weiss**
  paul@freedweiss.com,ECF@freedweiss.com,sherrie@freedweiss.com
- **Michael T. Williams**
  williams@wtklaw.com,wesson@wtklaw.com,kemezis@wtklaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michael J Flannery
Carey & Danis, L.L.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Malcolm Edward Wheeler
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202

<u>s/ Michael T. Williams by Elizabeth Anadale</u>
Michael T. Williams

Malcolm E. Wheeler
Michael T. Williams
Galen D. Bellamy
Kara J. Rohe
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202-2617
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879

*Attorneys for Sears, Roebuck and Co.*

569925v.1