# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN MUNCH, LARRY BUTLER, JOSEPH LEONARD, KEVIN BARNES, and VICTOR MATOS, Individually and on behalf of all others similarly situated, <br><br> and <br><br> BRYAN SERATT, ALAN JARASHOW, DR. STEPHEN PAPALEO, LAUREN CRANE, and LAWRENCE L'HOMMEDIEU, Individually and on behalf of all others similarly situated, <br><br> and <br><br> JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, CHRISTINA RAMER, JEFFREY A. and SANDRA K. ROBINSON, Individually and on behalf of all others similarly situated, <br><br>        Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK AND CO., <br><br>        Defendant. | Case No. 06-CV-7023 <br> Consolidated with 07-CV-0412 <br> and Case No. 08-CV-1832 <br><br><br> The Honorable Joan H. Lefkow |

## DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendant Sears, Roebuck and Co. ("Sears") moves for an order dismissing Counts IV and VI-XXII of Plaintiffs' Consolidated Class Action Complaint ("Complaint"), for the following reasons:

    1.    Count IV, which alleges a violation of California's Song-Beverly Act, fails as a matter of law because it is time-barred. Plaintiff Papaleo's purported implied warranty claim

under the Song-Beverly Act arose after the one-year statutory term of his implied warranty expired under the Song-Beverly Act.

2. Counts VII, X, XI, XII, XIII, XIV, XV, XVI, XX, and XXII, which allege violations of the consumer protection laws of Illinois, Indiana, Minnesota, Kentucky, Michigan, New Jersey, California, New York, and Washington, and also unjust enrichment claims pursuant to the laws of those states, should be dismissed summarily because this Court has already dismissed those claims "with prejudice." *See Munch v. Sears, Roebuck & Co.*, Nos. 06 C 7023, 07 C 412, 2008 WL 4450307, at *8 (N.D. Ill. Sept. 30, 2008); *see also MCM Partners, Inc. v. Andrews-Bartlett*, No. 92 C 5641, 1997 WL 306577, at *10 (N.D. Ill. May 29, 1997) ("This Court has no obligation to entertain claims that have already been dismissed with prejudice."); *Zack Co. v. Liberty Mut. Ins. Co.*, No. 93 C 7015, 1996 WL 563452, at *1-2 (N.D. Ill. 1996 Sept. 30, 1996) (summarily granting defense motion to dismiss a pleading that attempted to reallege, "without leave of court, portions of a count which has been dismissed with prejudice").

3. Counts VI, VIII, IX, XVII, XVIII, XIX, XXI, and XXII, which allege violations of the consumer protection laws of Arizona, Colorado, Florida, Ohio, Pennsylvania, Wisconsin, and Oklahoma, and also unjust enrichment claims pursuant to the laws of those states, should be dismissed because the Court dismissed those claims as deficiently pled, and Plaintiffs have not pled any new material allegations that could cure the defects in those claims. *See Bettua v. Sears, Roebuck & Co.*, No. 08 C 1832, 2009 WL 230573, at *6 (N.D. Ill. Jan. 30, 2009); *see also Perry v. Eastman Kodak Co.*, No. 91-2192, 1992 WL 103695, at *8 (7th Cir. May 15, 1992).

For the above reasons and those stated in the concurrently filed memorandum of law, Sears requests that the Court dismiss with prejudice Counts IV and VI-XXII of the Complaint.

Dated: March 26, 2009

        Respectfully submitted,

        By: s/ Michael T. Williams
        Malcolm E. Wheeler
        Michael T. Williams

Galen D. Bellamy
Evan Stephenson
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617
Telephone: (303) 244-1800
Facsimile: (303) 244-1879


Bradley B. Falkof
Brad Rago
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-8304
Facsimile: (312) 759-5646

Attorneys for Sears, Roebuck and Co.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT was served this 26th day of March, 2009 via the Court's CM/ECF system to the following:

- **Tod N. Aronovitz**
  ta@aronovitzlaw.com

- **Galen D. Bellamy**
  bellamy@wtklaw.com

- **Eric C. Brunick**
  ericb@freedweiss.com

- **Richard J. Burke**
  rich@richardjburke.com,debs@richardjburke.com

- **Allison R. Cohn**
  cohn@wtklaw.com

- **Bradley B. Falkof**
  bfalkof@btlaw.com

- **Mark S. Fistos**
  mfistos@rra-law.com

- **Scott A. George**
  sgeorge@seegerweiss.com

- **Steven R. Jaffe**
  srj@aronovitzlaw.com

- **George K Lang**
  george@freedweiss.com,anthony@freedweiss.com

- **Joel Steven Neckers**
  neckers@wtklaw.com,keitlen@wtklaw.com

- **Brad Eric Rago**
  brad.rago@btlaw.com

- **James J Rosemergy**
  jrosemergy@careydanis.com

- **Kara Jean Rosenthal**
  rohe@wtklaw.com

- **Jonathan Shub**
  jshub@seegerweiss.com

- **Evan B. Stephenson**
  stephenson@wtklaw.com,wallace@wtklaw.com

- **Paul M. Weiss**
  paul@freedweiss.com,ECF@freedweiss.com,sherrie@freedweiss.com

- **Michael T. Williams**
  williams@wtklaw.com,mallett@wtklaw.com,kemezis@wtklaw.com

Manual Notice List

**Michael J Flannery**
Carey & Danis, L.L.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

**Malcom Edward Wheeler**
Wheeler Trigg Kennedy LLP
1801 California Street
Suite 3600
Denver, CO 80202

s/ Michael T. Williams _____