IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY BUTLER, JOSEPH LEONARD, KEVIN BARNES, VICTOR MATOS, ALFRED BLAIR and MARTIN CHAMPION, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 06-cv-7023<br>(consolidated with Case No. 07-cv-0412 and Case No. 08-cv-1832)<br><br>The Honorable Mary M. Rowland |
| ALAN JARASHOW, LAUREN CRANE and LAWRENCE L'HOMMEDIEU, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | |
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, JEFFREY A. and SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | |

**STIPULATED JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

COME NOW the Parties, by and through their counsel, and hereby jointly move for an extension of time to file a Motion for Preliminary Approval of Settlement of the CCU claims in the above-referenced action. In support thereof, Plaintiffs state as follows:

1

1. As the Parties advised the Court during the May 1, 2015, telephonic status conference, the Parties have reached a settlement in principle and executed a memorandum of understanding with respect to the CCU claims in the above-captioned case.

2. During the status conference, the Court ordered the Parties to submit a motion for preliminary approval of the settlement to the Court by June 26, 2015. *See* Doc. 483.

3. Since that time, the Parties have been diligently working towards finalizing the formal Settlement Agreement and supporting materials, including notice materials and the details of how claims will be received and administered.

4. Despite these efforts, the Parties have not yet finalized critical details that need to be in place before Preliminary Approval can be sought, and will realistically not be able to get these matters finalized in advance of the current June 26, 2015 deadline.

5. Accordingly, and in light of the upcoming holiday and existing schedules of counsel, the Parties seek a brief extension of three weeks, up to and including July 17, 2015, to finalize these details and submit the Preliminary Approval papers.

6. This request for an extension is sought in good faith, and is not being sought for the purpose of delay.

WHEREFORE, the Parties hereby jointly pray this Court grant them an extension of time up to and including July 17, 2015 to file a Motion for Preliminary Approval of Settlement of the CCU claims in the above-referenced action, and award such other and further relief as this Court deems just and proper under the circumstances.

Dated: June 25, 2015          Respectfully submitted,

         By: *s/ James J. Rosemergy*
         James J. Rosemergy
         CAREY, DANIS & LOWE

    8235 Forsyth Boulevard
    Suite 1100
    St. Louis, MO 63105
    Telephone: (314) 725-7700
    Facsimile: (314) 721-0905
    jrosemergy@careydanis.com

    Steve Schwartz
    CHIMICLES & TIKELLIS, LLP
    One Haverford Centre
    361 West Lancaster Avenue
    Haverford, PA 19041
    Telephone: (610) 642-8500
    Facsimile: (610) 649-3633
    steveschwartz@chimicles.com

    Attorneys for Plaintiffs

And


By: *s/ Michael T. Williams*
    Michael T. Williams
    Galen D. Bellamy
    Joel S. Neckers
    Theresa R. Wardon
    Wheeler Trigg O'Donnell LLP
    370 Seventeenth Street, Suite 4500
    Denver, CO 80202-2617
    Telephone: (303) 244-1800
    Facsimile: (303) 244-1879

    and

    Bradley B. Falkof
    Barnes & Thornburg, LLP
    1 North Wacker Drive, Suite 4400
    Chicago, IL 60606
    Telephone: (312) 214-8304
    Facsimile: (312) 759-5646

    Attorneys for Sears, Roebuck and Co.

And

By: *s/Eric R. Olson*

3

        Phillip S. Beck
Rebecca Weinstein Bacon
John C. Fitzpatrick
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Email: philip.beck@bartlit-beck.com
rweinstein.bacon@bartlit-beck.com
john.fitzpatrick@bartlit-beck.com

Eric R. Olson
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3186
Facsimile: (303) 592-3140
Email: eric.olson@bartlit-beck.com

Attorneys for Whirlpool Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that on June 25, 2015, I filed the foregoing with the Clerk of the Court via the ECF system and served all counsel of record thereby.

        */s/ James J. Rosemergy*_____