# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LARRY BUTLER, JOSEPH LEONARD, KEVIN BARNES, VICTOR MATOS, ALFRED BLAIR and MARTIN CHAMPION, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>　　　　　　　Defendant. | Case No. 1:06-cv-7023<br>(consolidated with Case No. 07-cv-0412 and Case No. 08-cv-1832)<br><br>The Honorable Mary M. Rowland |
| ALAN JARASHOW, LAUREN CRANE and LAWRENCE L'HOMMEDIEU, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>　　　　　　　Defendant. | |
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, JEFFREY A. and SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>　　　　　　　Defendant. | |

**JOINT MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs and Defendants jointly request the Court for a one-week extension of time to file a Motion for Preliminary Approval of Settlement of the CCU claims in this case. The grounds for this Motion are as follows.

1. The parties have reached a settlement in principal and executed a memorandum of understanding with respect to the CCU claims in this case.

2. The Court previously set a deadline of June 26, 2015 for the parties to submit a motion for preliminary approval of the settlement. The parties subsequently requested, and the Court granted, a three-week extension through July 17, 2015 to seek preliminary approval.

3. During that time the parties have made substantial progress toward finalizing the Settlement Agreement and the supporting class notice, claim form, and other voluminous materials necessary to execute the proposed settlement. The parties, however, need another week to complete these tasks, and respectfully request the Court to extend the deadline through July 24, 2015.

4. The requested extension is sought in good faith and not for the purpose of delay.

WHEREFORE, the parties jointly request the Court to grant them a one-week extension of time, through and including July 24, 2015, to file a Motion for Preliminary Approval of Settlement of the CCU claims in this case.

Dated:  July 16, 2015	Respectfully submitted,


*s/ Michael T. Williams*
Michael T. Williams
Hugh Quan Gottschalk
Galen D. Bellamy
Joel S. Neckers
Theresa R. Wardon
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:    (303) 244-1879
Email:   williams@wtotrial.com

and

Bradley B. Falkof
Barnes & Thornburg, LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-8304
Facsimile:  (312) 759-5646

Attorneys for Sears, Roebuck and Co.

| | |
|---|---|
| Dated: July 16, 2015 | *s/ Eric R. Olson* |
| | Phillip S. Beck |
| | Rebecca Weinstein Bacon |
| | John C. Fitzpatrick |
| | Bartlit Beck Herman Palenchar & Scott LLP |
| | 54 West Hubbard Street, Suite 300 |
| | Chicago, IL 60654 |
| | Telephone: (312) 494-4400 |
| | Facsimile: (312) 494-4440 |
| | Email: philip.beck@bartlit-beck.com |
| | rweinstein.bacon@bartlit-beck.com |
| | john.fitzpatrick@bartlit-beck.com |
| | |
| | Eric R. Olson |
| | Bartlit Beck Herman Palenchar & Scott LLP |
| | 1899 Wynkoop Street, 8th Floor |
| | Denver, CO 80202 |
| | Telephone: (303) 592-3186 |
| | Facsimile: (303) 592-3140 |
| | Email: eric.olson@bartlit-beck.com |
| | |
| | Attorneys for Whirlpool Corporation |
| Dated: July 16, 2015 | *s/ James J. Rosemergy* |
| | James J. Rosemergy |
| | Carey, Danis & Lowe |
| | 8235 Forsyth Boulevard |
| | Suite 1100 |
| | St. Louis, MO 63105 |
| | Telephone: (314) 725-7700 |
| | Facsimile: (314) 721-0905 |
| | jrosemergy@careydanis.com |
| | |
| | Steve Schwartz |
| | Chimicles & Tikellis, LLP |
| | One Haverford Centre |
| | 361 West Lancaster Avenue |
| | Haverford, PA 19041 |
| | Telephone: (610) 642-8500 |
| | Facsimile: (610) 649-3633 |
| | steveschwartz@chimicles.com |
| | |
| | Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on July 16, 2015, I electronically filed the foregoing **Joint Motion for One-Week Extension of Time to File Motion for Preliminary Approval of Settlement** with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                        *s/ Michael T. Williams*
                                        Michael T. Williams