IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re SEARS, ROEBUCK AND CO. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION<br><br>*This Filing Pertains to CCU Claims* | Case No. 06-CV-7023<br>Consolidated with Case Nos. 07-CV-0412 and 08-CV-1832<br><br>The Hon. Mary M. Rowland |

JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

COME NOW the Parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 23(e), and hereby move for preliminary approval of the settlement of certain claims in the above captioned action on behalf of the following Classes:

- **Kenmore Settlement Class**: All Persons who, while living in the United States, either (a) bought from Sears a new Kenmore Washer[1] or (b) received as a gift, from a donor meeting those requirements, a new Kenmore Washer, not used by the donor or by anyone else after the donor purchased the Washer and before the donor gave the Washer to the Person.

---

[1] "Kenmore Washer" means a Kenmore-brand front-loading washing machine manufactured by Whirlpool between June 8, 2004, and February 28, 2006, with a Bitron-manufactured Matador 1 CCU and the new-washer warranty package provided by Sears with all new Kenmore-brand Matador 1 front-loading clothes washers. The Kenmore Washers are identifiable to Class Members by specific combinations of model and serial numbers, with the model numbers beginning with the numbers 110.45* and serial numbers beginning with digits in the range CSR24 through CSR53 (for Kenmore Washers manufactured in 2004), CSS01 through CSS53 (for Kenmore Washers manufactured in 2005), and CST01 through CST08 (for Kenmore Washers manufactured in 2006).

- **Whirlpool Settlement Class**: All Persons who, while in the State of California, either (a) bought a new Whirlpool Washer[2] or (b) received as a gift, from a donor meeting those requirements, a new Whirlpool Washer, not used by the donor or by anyone else after the donor purchased the Washer and before the donor gave the Washer to the Person.

In support thereof, the Parties submit that the proposed settlement, which is memorialized in the Settlement Agreement attached as Exhibit 1 to the Declaration of Steven A. Schwartz and James J. Rosemergy filed contemporaneously herewith, is in the best interests of the Classes and all interested parties. In further support thereof, Plaintiffs incorporate by reference their Memorandum In Support Of Joint Motion For Preliminary Approval Of Class Action Settlement, the Declaration of Steven A. Schwartz and James J. Rosemergy and attachments thereto, and the Declaration of Carla A. Peak as if fully set forth herein.

WHEREFORE, the Parties pray this Court grant preliminary approval of the settlement as set forth in the Settlement Agreement, direct notice to be issued to the Classes, establish a schedule for claims, opting out, objecting, and resolving any open issues required prior to final approval, set a hearing for final approval of the settlement, and award such other and further relief as this Court deems just and proper under the circumstances.

Dated: July, 25, 2015                                        Respectfully submitted,

---

[2] Whirlpool Washer" means a Whirlpool-brand front-loading washing machine manufactured by Whirlpool between May 25, 2004, and February 28, 2006, with a Bitron-manufactured Matador 1 CCU and with the new-washer warranty package provided by Whirlpool with all new Whirlpool-brand Matador 1 washing machines. The Whirlpool Washers are identifiable to Class Members by specific combinations of model and serial numbers, with the model numbers beginning with the letters GHW* and serial numbers beginning with digits in the range CSR22 through CSR53 (for Whirlpool Washers manufactured in 2004), CSS01 through CSS53 (for Whirlpool Washers manufactured in 2005), and CST01 through CST08 (for Whirlpool Washers manufactured in 2006).

| | |
|---|---|
| /s/ Steven S. Schwartz | /s/ James J. Rosemergy |
| Steve Schwartz | James J. Rosemergy |
| CHIMICLES & TIKELLIS, LLP | CAREY, DANIS & LOWE |
| One Haverford Centre | 8235 Forsyth Boulevard |
| 361 West Lancaster Avenue | Suite 1100 |
| Haverford, PA 19041 | St. Louis, MO 63105 |
| Telephone: (610) 642-8500 | Telephone: (314) 725-7700 |
| Facsimile: (610) 649-3633 | Facsimile: (314) 721-0905 |
| steveschwartz@chimicles.com | jrosemergy@careydanis.com |

*Plaintiff's Co-Lead Counsel*

| | |
|---|---|
| s/ Michael T. Williams | s/ Eric R. Olson |
| Michael T. Williams | Philip S. Beck |
| Hugh Quan Gottschalk | Rebecca Weinstein Bacon |
| Joel S. Neckers | John C. Fitzpatrick |
| Theresa R. Wardon | Asha L.I. Spencer |
| Wheeler Trigg O'Donnell LLP | Bartlit Beck Herman Palenchar & Scott LLP |
| 370 Seventeenth Street, Suite 4500 | 54 West Hubbard Street, Suite 300 |
| Denver, Colorado 80202 | Chicago, IL 60654 |
| Telephone: 303.244.1800 | Telephone:(312) 494-4400 |
| Facsimile: 303.244.1879 | Facsimile: (312) 494-4440 |
| Email: williams@wtotrial.com | Email: philip.beck@bartlit-beck.com |
| gottschalk@wtotrial.com | rweinstein.bacon@bartlit-beck.com |
| neckers@wtotrial.com | john.fitzpatrick@bartlit-beck.com |
| wardon@wtotrial.com | asha.spencer@bartlit-beck.com |
| and | |
| | Eric R. Olson |
| Bradley B. Falkof | Bartlit Beck Herman Palenchar & Scott LLP |
| Barnes & Thornburg, LLP | 1899 Wynkoop Street, 8th Floor |
| 1 North Wacker Drive, Suite 4400 | Denver, CO 80202 |
| Chicago, IL 60606 | Telephone: (303) 592-3186 |
| Telephone: 312.214.8304 | Facsimile: (303) 592-3140 |
| Facsimile: 312.759.5646 | Email: eric.olson@bartlit-beck.com |
| **Attorneys for Sears, Roebuck and Co.** | **Attorneys for Intervor-Defendant Whirlpool Corporation** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's ECF system on July 24, 2015 and served upon all counsel of record thereby.

/s/ James J. Rosemergy