IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re SEARS, ROEBUCK AND CO. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION<br><br>This relates to: CCU Claims | Case No. 06-CV-7023<br>Consolidated with Case Nos. 07-CV-0412 and 08-CV-1832<br><br>The Hon. Mary M. Rowland |

## JOINT MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

COME NOW the Parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 23, and hereby move this Court grant Final Approval of the Proposed Class Action Settlement in the above-captioned case. The Proposed Settlement Class meets the requirements for Class Certification, and the Proposed Settlement is fair, reasonable, and in the best in interests of the Class. In further support of this Joint Motion, the parties submit their respective memoranda in support of final approval.

Dated: January 28, 2016                                         Respectfully submitted,

| | |
|---|---|
| /s/ Steven S. Schwartz<br>Steve Schwartz<br>CHIMICLES & TIKELLIS, LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>steveschwartz@chimicles.com | /s/ James J. Rosemergy<br>James J. Rosemergy<br>CAREY, DANIS & LOWE<br>8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105<br>Telephone: (314) 725-7700<br>Facsimile: (314) 721-0905<br>jrosemergy@careydanis.com |

*Plaintiff's Co-Lead Counsel*

*s/ Michael T. Williams*
Michael T. Williams
Joel S. Neckers
Theresa R. Wardon
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  williams@wtotrial.com
neckers@wtotrial.com
wardon@wtotrial.com

Bradley B. Falkof
Barnes & Thornburg, LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: 312.214.8304
Facsimile:  312.759.5646

**Attorneys for Sears, Roebuck and Co. and for Intervenor-Defendant Whirlpool Corporation**

Philip S. Beck
Rebecca Weinstein Bacon
John C. Fitzpatrick
Asha L.I. Spencer
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
Email: philip.beck@bartlit-beck.com
rweinstein.bacon@bartlit-beck.com
john.fitzpatrick@bartlit-beck.com
asha.spencer@bartlit-beck.com

Eric R. Olson
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone:  (303) 592-3186
Facsimile:  (303) 592-3140
Email: eric.olson@bartlit-beck.com

**Attorneys for Intervenor-Defendant Whirlpool**

**Corporation**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using this Court's ECF system on January 28, 2016, and served upon all counsel of record thereby.

*/s/ James J. Rosemergy*

- 3 -